IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

CHARLES LEON MANOUS, Surviving )
Spouse and Personal Representative of )
the Estate of CAROL ANN MANOUS )
deceased, )
                                               )
                Plaintiff, )
                                               )
v. )                  Case No. 5:11-cv-01330-R
                                               )
MYLAN PHARMACEUTICALS, INC., )
                                               )
                Defendant. )

**PLAINTIFF'S EXHIBIT LIST AND WITNESS LIST**

A.    EXHIBIT LIST

| No. | Exhibit | Description |
|---|---|---|
| 1. | Bartling-CV | Curriculum vitae of James Bartling, Pharm.D. |
| 2. | Bartling-Report | Summary of James Bartling's opinions. |
| 3. | Death Certificate | Official death certificate for Carol Ann Manous. |
| 4. | FDA-Letter dated January 28, 2005 | Letter prepared by the FDA about Fentanyl Patches. |
| 5. | Fentanyl Boxes | The boxes in which the Fentanyl patches were supplied. |
| 6. | Funeral Bill | Funeral Bill from Eisenhour Funeral Home, Blanchard, OK |
| 7. | Medical Examiner-Laboratory Analysis | Laboratory Analysis performed by the Medical Examiner's office which includes the Fentanyl result. |
| 8. | Medical Examiner-Photos | Photos of Carol Ann Manous's body taken by the Medical Examiner's office. |
| 9. | Medical Examiner-Report | Report of the Medical Examiner's office. |
| 10. | Medical Records | Medical Records pertaining to Carol Ann Manous. |

| 11. | Medical Records-All other medical records of Carol Ann Manous | Medical Records pertaining to Carol Ann Manous. |
|---|---|---|
| 12. | Medical Records-Oklahoma PainCare, Inc. | Medical Records pertaining to Carol Ann Manous. |
| 13. | Medical Records-Pardo | Medical Records pertaining to Carol Ann Manous. |
| 14. | Medical Records-Schwartz | Medical Records pertaining to Carol Ann Manous. |
| 15. | Medical Records-Turner | Medical Records pertaining to Carol Ann Manous. |
| 16. | Mylan-ANDA File and Attachments | Abbreviated New Drug Application and its attached supporting documents, correspondence, test results, reports of studies, etc., all of which relate to the Mylan Fentanyl Transdermal System. |
| 17. | Mylan-Annual Product Reviews | Annual Product Reviews from Mylan's files which were produced during discovery and which relate to Fentanyl patches. |
| 18. | Mylan-Burkhart Paper | Document from Mylan's files which was produced during discovery which relates to Fentanyl patches and complications and injuries resulting from their use. |
| 19. | Mylan-Condensed Development Report | Document from Mylan's files which was produced during discovery which relates to Fentanyl patches. |
| 20. | Mylan-EIR's | Establishment Inspection Reports from Mylan's files which were produced during discovery and which relate to Fentanyl patches. |
| 21. | Mylan-Fentanyl Studies | Fentanyl studies from Mylan's files which were produced during discovery which relate to Fentanyl patches. |
| 22. | Mylan-Formulation Development Report | Document from Mylan's files which was produced during discovery and which relates to Fentanyl patches. |
| 23. | Mylan-Labeling | Fentanyl Transdermal System labeling from Mylan's files which |

| | | |
|---|---|---|
| | | were produced during discovery and which relate to Fentanyl patches. |
| 24. | Mylan-Master Batch Record | Master Batch Records from Mylan's files which were produced during discovery which relate to Fentanyl patches and their specifications. |
| 25. | Mylan-Package Insert | Describes Fentanyl concentration which should be achieved, describes how to use the patches, etc. |
| 26. | Mylan-Package Insert-Guide to Use | Document from Mylan's files which was produced during discovery which relates to Fentanyl patches. |
| 27. | Mylan-Package Insert-Medication Guide | Document from Mylan's files which was produced during discovery which relates to Fentanyl patches. |
| 28. | Mylan-Package Insert-Prescribing Information | Document from Mylan's files which was produced during discovery which relates to Fentanyl patches. |
| 29. | Mylan-PSUR's | Product Safety Update Reports from Mylan's files which were produced during discovery and which relate to Fentanyl patches. |
| 30. | Mylan-SOP's | Standard Operating Procedures from Mylan's files which were produced during discovery which relate to manufacturing Fentanyl patches. |
| 31. | Pharmacy Records-Walgreens | Pharmacy records from Walgreens for Carol Ann Manous's prescriptions. |
| 32. | Pharmacy Records-WalMart | Pharmacy records from Wal-Mart for Carol Ann Manous's prescriptions. |
| 33. | Photos-Carol Ann Manous | Photographs of Carol Ann Manous which were taken while she was alive. |
| 34. | U.S. Life Table | Sets forth the life expectancy of citizens of the United States. |
| 35. | Deposition Exhibits | Exhibits to depositions of witnesses in this case. |
| 36. | Documents disclosed during discovery | Documents produced during discovery. |
| 37. | Excerpts of exhibits | Portions of exhibits listed elsewhere |

|     |                                  | on this list.                             |
|-----|----------------------------------|-------------------------------------------|
| 38. | Exhibits listed by Defendant     | Plaintiff reserves the right to use exhibits listed by the Defendant. |
| 39. | Exhibits prepared at trial       | Documents prepared during the trial of this case. |
| 40. | Pleadings and discovery responses | Pleadings and discovery responses as necessary to authenticate, establish stipulations, establish admissions, etc. |

B.  WITNESS LIST

| No. | Witness | Description |
|-----|---------|-------------|
| 1. | Manous, Charles Leon<br>c/o Norman & Edem, PLLC<br>127 N.W. 10th St.<br>Oklahoma City, OK 73103 | Surviving husband of Carol Ann Manous. He will testify about damages and about his observations. |
| 2. | Tucker, Beau<br>c/o Norman & Edem, PLLC<br>127 N.W. 10th St.<br>Oklahoma City, OK 73103 | Surviving son of Carol Ann Manous who will testify about damages. |
| 3. | Detective Morrissey<br>Newcastle Police Department | Detective Morrissey is the investigating officer who notified the medical examiner's office of the death of Carol Ann Manous. |
| 4. | Turner, Greg<br>Oklahoma Medical Examiner's Office<br>901 N. Stonewall<br>Oklahoma City, OK 73117 | Mr. Turner is the laboratory analyst who conducted the tests which show that Carol Ann Manous's blood Fentanyl concentration was 28.1 ng/ml. |
| 5. | Tarau, Marius, M.D.<br>Oklahoma Medical Examiner's Office<br>901 N. Stonewall<br>Oklahoma City, OK 73117<br>405-239-7141 | Dr. Tarau is not a retained expert, but he is a percipient expert. Dr. Tarau is the medical examiner who investigated the death of Carol Ann Manous and who signed the Medical Examiner's Report. Dr. Tarau will testify that Carol Ann Manous's cause of death was Fentanyl toxicity. Dr. Tarau will testify in accordance with his deposition in this case, which has already been taken. |
| 6. | Curtis, Byron, Ph.D.<br>Oklahoma Medical Examiner's Office | Dr. Curtis is not a retained expert, but is a percipient expert. Dr. Curtis is the Chief Forensic Toxicologist of the medical |

|  | | |
|---|---|---|
|  | 901 N. Stonewall<br>Oklahoma City, OK 73117<br>405-239-7141 | examiner's office. He supervised the preparation of the Medical Examiner's laboratory report and signed the report which establishes Carol Ann Manous's blood Fentanyl concentration. Dr. Curtis will testify in accordance with his deposition in this case, which has already been taken. |
| 7. | Bartling, James W. Pharm.D., ADC<br>Mercer University College of Pharmacy and Health Sciences<br>3001 Mercer University Drive, PAC-121<br>Atlanta, GA 30341<br>Office 678-547-6181<br>Fax 678-547-6518 | Dr. Bartling is a doctor of pharmacy and is a pharmaceuticals expert. Dr. Bartling will testify in accordance with his report that the Mylan Fentanyl Transdermal System Fentanyl patches at issue were defective and unreasonably dangerous and caused Carol Ann Manous's death. |
| 8. | Schwartz, Michael J., M.D.<br>PO Box 85027<br>Yukon, OK 73058<br>(405) 354-8978 | Dr. Schwartz is not a retained expert, but he is a percipient expert who treated Mrs. Manous prior to her death. Dr. Schwartz will testify in accordance with his medical records about the medical care which he provided to Mrs. Manous. |
| 9. | All of Carol Ann Manous's Medical providers | Plaintiff reserves the right to call any or all of Carol Ann Manous's medical providers, or their representatives, as necessary to authenticate records, provide foundational testimony, or to testify about the facts of the care they provided to Carol Ann Manous. |
| 10. | All witnesses deposed | Any witness who was deposed in this case. |
| 11. | All witnesses listed by Defendant | Any witness listed by Defendant. |
| 12. | Rebuttal Witnesses | Witnesses who will rebut Defendant's evidence. |
| 13. | Authentication Witnesses | Witnesses, as necessary, to authenticate documents. |

**NORMAN & EDEM, P.L.L.C.**

By: /s/ L. Mark Bonner
Emmanuel E. Edem, OBA #2614
L. Mark Bonner, OBA #14541
127 N.W. 10th St.
Oklahoma City, OK 73103
405-272-0200
405-272-1055 (fax)
lmb@nemw.com
Attorneys for Plaintiff Leon Manous

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2013, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

HALL, ESTILL, HARDWICK,
GABLE, GOLDEN & NELSON, P.C.
Jon Epstein, OBA # 13274
Chase Tower
100 North Broadway, Ste. 2900
Oklahoma City, OK 73102-8865
(405) 553-2828; (405) 553-2855 (F)
jepstein@hallestill.com

PIETRAGALLO, GORDON, ALFANO
BOSICK & RASPANTI, LLP
Jason M. Reefer, Esq.
Clem C. Trischler, Esq.
The Thirty-Eighth Floor
One Oxford Centre
Pittsburgh, PA 15219
(412) 263-2000; (412) 261-5295 (F)
cct@pietragallo.com
jmr@pietragallo.com

/s/ L. Mark Bonner