IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES LEON MANOUS, Surviving Spouse and Personal Representative of the Estate of Carol Ann Manous, deceased,<br><br>Plaintiff,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 5:11-cv-01330-R<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S WITNESS LIST

AND NOW COMES Defendant, Mylan Pharmaceuticals Inc. ("Mylan"), by and through its undersigned counsel, and in accordance with the applicable Scheduling Order (see Docket No. 31),[1] hereby files its Witness List:

| No. | Name | Description |
|---|---|---|
| 1 | Robert Palmer, Ph.D.<br>Toxicology Associates, Prof. LLC<br>2555 South Downing St., Suite 260<br>Denver, CO 80210 | Dr. Palmer is a retained expert witness. Mylan previously provided a description of his anticipated testimony, along with his expert report, both of which are incorporated herein by reference. (See Docket No. 38.) |
| 2 | Gordon L. Flynn, Ph.D.<br>2115 Nature Cove Ct., #202<br>Ann Arbor, MI 48104 | Dr. Flynn is a retained expert witness. Mylan previously provided a description of his anticipated testimony, along with his expert report, both of which are incorporated herein by reference. (See Docket No. 38.) |
| 3 | Mark S. Wallace, M.D.<br>Professor of Clinical Anesthesiology<br>Chair, Division of Pain Medicine<br>University of California San Diego Medical Center<br>9300 Campus Point Dr.<br>La Jolla, CA 92037 | Dr. Wallace is a retained expert witness. Mylan previously provided a description of his anticipated testimony, along with his expert report, both of which are incorporated herein by reference. (See Docket No. 38.) |

---

[1] Deadlines relating to service of witness and exhibit lists, and objections thereto, were not affected by the Court's grant of Mylan's Agreed Motion to Amend Scheduling Order. (See Docket No. 40.)

| No. | Name | Description |
|---|---|---|
| 4 | Thomas M. Wheeler, M.D.<br>Baylor College of Medicine<br>Department of Pathology & Immunology<br>One Baylor Plaza, Room T203<br>Houston, TX 77030 | Dr. Wheeler is a retained expert witness. Mylan previously provided a description of his anticipated testimony, along with his expert report, both of which are incorporated herein by reference. (See Docket No. 38.) |
| 5 | Michael Houghton<br>Vice President, R&D<br>Mylan Technologies Inc.<br>c/o Clem C. Trischler, Esq.<br>Pietragallo Gordon Alfano Bosick & Raspanti, LLP<br>One Oxford Centre, 38th Floor<br>Pittsburgh, PA 15219 | Mr. Houghton is a non-retained expert witness. Mylan provided a description of his anticipated testimony in its Rule 26(a)(2) Expert Disclosures, which are incorporated herein by reference. (See Docket No. 38.) |
| 6 | Ronald J. Selders, Pharm.D., MBA<br>Senior Director, PSRM<br>Mylan Pharmaceuticals Inc.<br>c/o Clem C. Trischler, Esq.<br>Pietragallo Gordon Alfano Bosick & Raspanti, LLP<br>One Oxford Centre, 38th Floor<br>Pittsburgh, PA 15219 | Dr. Selders is a non-retained expert witness. Mylan provided a description of his anticipated testimony in its Rule 26(a)(2) Expert Disclosures, which are incorporated herein by reference. (See Docket No. 38.) |
| 7 | Marius Tarau, M.D.<br>9707 W. 145th Terrace<br>Overland Park, KS 66221 | Dr. Tarau is a non-retained expert witness. Mylan provided a description of his anticipated testimony in its Rule 26(a)(2) Expert Disclosures, which are incorporated herein by reference. (See Docket No. 38.) |
| 8 | Byron Curtis, Ph.D.<br>Office of the Chief Medical Examiner of Oklahoma<br>901 N. Stonewall<br>Oklahoma City, OK 73117 | Dr. Curtis is a non-retained expert witness. Mylan provided a description of his anticipated testimony in its Rule 26(a)(2) Expert Disclosures, which are incorporated herein by reference. (See Docket No. 38.) |
| 9 | Michael J. Schwartz, M.D.<br>650 Hamlet Lane<br>Yukon, OK 73099 | Dr. Schwartz is a non-retained expert witness. Mylan provided a description of his anticipated testimony in its Rule 26(a)(2) Expert Disclosures, which are incorporated herein by reference. (See Docket No. 38.) |
| 10 | Officer Toby Garver<br>Newcastle Police Department<br>860 N. Carr Dr.<br>Newcastle, OK 73065 | Officer Garver was involved in the investigation of the death of Carol Ann Manous ("Decedent") on behalf of the Newcastle Police Department as reflected in Incident Report No. 10-0343-C. It is expected that Officer Garver may testify regarding information and observations made during that investigation. |

| No. | Name | Description |
|---|---|---|
| 11 | Detective Kevin Morrissey<br>Newcastle Police Department<br>860 N. Carr Dr.<br>Newcastle, OK 73065 | Detective Morrissey was involved in the investigation of the death of Decedent on behalf of the Newcastle Police Department as reflected in Incident Report No. 10-0343-C. It is expected that Detective Morrissey may testify regarding information and observations made during that investigation. |
| 12 | Officer Chilles Hutchinson<br>Newcastle Police Department<br>860 N. Carr Dr.<br>Newcastle, OK 73065 | Officer Hutchinson was involved in the investigation of the death of Decedent on behalf of the Newcastle Police Department as reflected in Incident Report No. 10-0343-C. It is expected that Officer Hutchinson may testify regarding information and observations made during that investigation. |
| 13 | Fire Chief Kevin Self<br>Newcastle Fire Department<br>801 N. Carr Dr.<br>Newcastle, OK 73065 | Fire Chief Self was involved in the investigation of the death of Decedent on behalf of the Newcastle Fire Department as reflected in Report No. 2010-1000174. It is expected that Fire Chief Self may testify regarding information and observations made during that investigation. |
| 14 | Lieutenant Jesse D. Williams<br>Newcastle Fire Department<br>801 N. Carr Dr.<br>Newcastle, OK 73065 | Lieutenant Williams was involved in the investigation of the death of Decedent on behalf of the Newcastle Fire Department as reflected in Report No. 2010-1000174. It is expected that Lieutenant Williams may testify regarding information and observations made during that investigation. |
| 15 | Firefighter Jeremy D. Walker<br>Newcastle Fire Department<br>801 N. Carr Dr.<br>Newcastle, OK 73065 | Firefighter Walker was involved in the investigation of the death of Decedent on behalf of the Newcastle Fire Department as reflected in Report No. 2010-1000174. It is expected that Firefighter Walker may testify regarding information and observations made during that investigation. |
| 16 | Investigator Greg Turner<br>Office of the Chief Medical Examiner of Oklahoma<br>901 N. Stonewall<br>Oklahoma City, OK 73117 | Investigator Turner was involved in the investigation of the death of Decedent on behalf of the Office of the Chief Medical Examiner as reflected in Report No. 1000968. It is expected that Investigator Turner may testify regarding information and observations made during that investigation. |

| No. | Name | Description |
|---|---|---|
| 17 | Investigator Homan<br>Office of the Chief Medical Examiner of Oklahoma<br>901 N. Stonewall<br>Oklahoma City, OK 73117 | Investigator Homan was involved in the investigation of the death of Decedent on behalf of the Office of the Chief Medical Examiner as reflected in Report No. 1000968. It is expected that Investigator Homan may testify regarding information and observations made during that investigation. |
| 18 | Gabriel Pardo, M.D.<br>4120 Memorial Road, Suite 108<br>Oklahoma City, OK 73120 | Dr. Pardo provided medical care and treatment to Decedent. It is expected that Dr. Pardo may testify regarding Decedent's medical and prescription history, consistent with the medical records produced in this litigation. |
| 19 | Jeanette Padgett, M.D.<br>4140 W Memorial Road, Suite 502<br>Oklahoma City, OK 73120 | Dr. Padgett provided medical care and treatment to Decedent. It is expected that Dr. Padgett may testify regarding Decedent's medical and prescription history, consistent with the medical records produced in this litigation. |
| 20 | Chris Degner, M.D.<br>10914 Hefner Ponte Drive<br>Oklahoma City, OK 73120 | Dr. Degner provided medical care and treatment to Decedent. It is expected that Dr. Degner may testify regarding Decedent's medical and prescription history, consistent with the medical records produced in this litigation. |
| 21 | Russell Hanan, Jr., M.D.<br>400 Northwestern 13th Street<br>Oklahoma City, OK 73103 | Dr. Hanan provided medical care and treatment to Decedent. It is expected that Dr. Hanan may testify regarding Decedent's medical and prescription history, consistent with the medical records produced in this litigation. |
| 22 | John P. Belardo, M.D.<br>Kenneth C. Roddy, O.D.<br>Rebecca Poage, O.D.<br>11308 N. Pennsylvania Avenue<br>Oklahoma City, OK 73120 | Drs. Belardo, Roddy, and Poage provided medical care and treatment to Decedent. It is expected that they may testify regarding Decedent's medical and prescription history, consistent with the medical records produced in this litigation. |
| 23 | Farhat Husain, M.D.<br>950 N. Porter, #300<br>Norman, OK 73071 | Dr. Husain provided medical care and treatment to Decedent. It is expected that Dr. Husain may testify regarding Decedent's medical and prescription history, consistent with the medical records produced in this litigation. |
| 24 | Daphne Lashbrook, M.D.<br>500 East Robinson Street, Suite 2400<br>Norman, OK 73071 | Dr. Lashbrook provided medical care and treatment to Decedent. It is expected that Dr. Lashbrook may testify regarding Decedent's medical and prescription history, consistent with the medical records produced in this litigation. |

| No. | Name | Description |
|---|---|---|
| 25 | Mark Winchester, M.D.<br>R. Turner, M.D.<br>P.O. Box 770<br>1019 N. Council, Suite 1<br>Blanchard, OK 73010 | Drs. Winchester and Turner provided medical care and treatment to Decedent. It is expected that they may testify regarding Decedent's medical and prescription history, consistent with the medical records produced in this litigation. |
| 26 | Charles Leon Manous<br>c/o L. Mark Bonner<br>Norman & Edem, PLLC<br>127 N.W. 10th St.<br>Oklahoma City, OK 73103 | Mr. Manous is Decedent's surviving husband. It is anticipated that he may offer testimony regarding Decedent's medical history and the circumstances of her death. |
| 27 | Jill Bosch<br>Custodian of Records<br>Walgreen Co.<br>PO Box 4039, MS #735<br>Danville, IL 61834 | Ms. Bosch is the Custodian of Records for Walgreen Company, at which Decedent filled prescriptions for her medications. Ms. Bosch is expected to provide authentication testimony regarding the records received from said pharmacy. |
| 28 | Custodian of Records<br>CVS Pharmacy<br>One CVS Drive<br>Woonsocket, RI 02895 | Medical records received over the course of this litigation suggest Decedent filled prescriptions at CVS Pharmacy. It is expected that the Custodian of Records for CVS Pharmacy may provide authentication testimony regarding the records received from said pharmacy. |
| 29 | Custodian of Records<br>Wal-Mart Stores, Inc.<br>922 West Walnut<br>Suite A, Mailstop #3540<br>Rogers, AR 72756 | Medical records received over the course of this litigation suggest Decedent filled prescriptions at Wal-Mart's Pharmacy. It is expected that the Custodian of Records for Wal-Mart may provide authentication testimony regarding the records received from said pharmacy. |
| 30 | Decedent's Medical Providers | Mylan reserves the right to call any additional medical providers who treated Decedent (as well as their custodians of record for purposes of authentication) to testify regarding Decedent's medical and prescription history. |
| 31 | All Witnesses Listed by Plaintiff | Mylan reserves the right to call any witness identified by Plaintiff. |
| 32 | Custodial Witnesses | To the extent necessary, Mylan reserves the right to call any other custodial witness necessary to authenticate and provide proper foundation for the admissibility of records and documents relevant to the issues presented at trial. |
| 33 | Rebuttal Witnesses | Mylan reserves the right to call any witness who may offer testimony in rebuttal to the evidence offered by Plaintiff at trial. |

Dated:  March 25, 2013                                  Respectfully submitted,

                                                         /s Clem C. Trischler
                                                         HALL, ESTILL, HARDWICK, GABLE,
                                                         GOLDEN & NELSON, P.C.
                                                         Jon Epstein, OBA # 13274
                                                         Chase Tower
                                                         100 North Broadway, Ste. 2900
                                                         Oklahoma City, OK 73102-8865
                                                         (405) 553-2828; (405) 553-2855 (F)

                                                                 and

                                                         PIETRAGALLO, GORDON, ALFANO
                                                         BOSICK & RASPANTI, LLP
                                                         Clem C. Trischler, Esq.
                                                         The Thirty-Eighth Floor
                                                         One Oxford Centre
                                                         Pittsburgh, PA 15219
                                                         (412) 263-2000; (412) 261-5295 (F)
                                                         *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Defendant's Witness List** was electronically transmitted to the Clerk of Court using the ECF System for filing on March 25, 2013. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

> L. Mark Bonner, OBA #14541
> NORMAN & EDEM, PLLC
> 127 N.W. 10th St.
> Oklahoma City, OK 73103
> lmb@nemw.com
> *Attorney for Plaintiff*

        By    s/ Clem C. Trischler
           Clem C. Trischler