## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHARLES LEON MANOUS, Surviving | ) | |
| Spouse and Personal Representative of the | ) | |
| Estate of Carol Ann Manous, deceased | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 5:11-cv-01330-R |
| v. | ) | |
| | ) | |
| MYLAN PHARMACEUTICALS INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S EXHIBIT LIST

AND NOW COMES Defendant, Mylan Pharmaceuticals Inc. ("Mylan"), by and through its

undersigned counsel, and in accordance with the applicable Scheduling Order (see Docket No. 31),[1]

hereby files its Exhibit List.  Mylan reserves the right to use any of the following documents,

items, or tangible things as exhibits during the trial of this matter:[2]

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1. | Report from the Mylan Clinical Study identified as FENT Study 9884 |
| 2. | Data compilations of the drug concentrations observed during FENT Study 9884 |
| 3. | Graphs/Charts plotting drug concentrations observed during FENT Study 9884 |
| 4. | Report from the Mylan Clinical Study identified as FENT Study 0156 |
| 5. | Data compilations of the drug concentrations observed during FENT Study 0156 |
| 6. | Graphs/Charts plotting drug concentrations observed during FENT Study 0156 |
| 7. | Report from the Mylan Clinical Study identified as FENT Study 0105 |
| 8. | Data compilations of the drug concentrations observed during FENT Study 0105 |
| 9. | Graphs/Charts plotting drug concentrations observed during FENT Study 0105 |
| 10. | Report from the Mylan Clinical Study identified as FENT Study 04108 |

---

[1] Deadlines relating to service of witness and exhibit lists, and objections thereto, were not affected by the Court's grant of Mylan's Agreed Motion to Amend Scheduling Order.  (See Docket No. 40.)

[2] Mylan is not offering these exhibits into evidence at this time.   What Mylan ultimately moves to have admitted into evidence depends upon the issues Plaintiff raises during the trial of this case.  The question of what documents and exhibits will be relevant can only be determined based on the issues presented at time of trial.  Thus, by listing such exhibits in this filing, Mylan does not concede the admissibility of the same into evidence.  Moreover, Mylan reiterates that the confidentiality of any Mylan document is not waived simply by listing the same on this exhibit list.

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 11. | Data compilations of the drug concentrations observed during FENT Study 04108 |
| 12. | Graphs/Charts plotting drug concentrations observed during FENT Study 04108 |
| 13. | Report from the Mylan Clinical Study identified as FENT Study 0623 |
| 14. | Data compilations of the drug concentrations observed during FENT Study 0623 |
| 15. | Graphs/Charts plotting drug concentrations observed during FENT Study 0623 |
| 16. | Report from the Mylan Clinical Study identified as FENT Study 05128 |
| 17. | Data compilations of the drug concentrations observed during FENT Study 05128 |
| 18. | Graphs/Charts plotting drug concentrations observed during FENT Study 05128 |
| 19. | Report from the Mylan Clinical Study identified as FENT Study 06102 |
| 20. | Data compilations of the drug concentrations observed during FENT Study 06102 |
| 21. | Graphs/Charts plotting drug concentrations observed during FENT Study 06102 |
| 22. | Report from the Mylan Clinical Study identified as FENT Study 06104 |
| 23. | Data compilations of the drug concentrations observed during FENT Study 06104 |
| 24. | Graphs/Charts plotting drug concentrations observed during FENT Study 06104 |
| 25. | Report from the Mylan Clinical Study identified as FENT Study 09528 |
| 26. | Data compilations of the drug concentrations observed during FENT Study 09528 |
| 27. | Graphs/Charts plotting drug concentrations observed during FENT Study 09528 |
| 28. | Report from the Mylan Clinical Study identified as FENT Study 08120 |
| 29. | Data compilations of the drug concentrations observed during FENT Study 08120 |
| 30. | Graphs/Charts plotting drug concentrations observed during FENT Study 08120 |
| 31. | Report from the Mylan Clinical Study identified as FENT Study 08133 |
| 32. | Data compilations of the drug concentrations observed during FENT Study 08133 |
| 33. | Graphs/Charts plotting drug concentrations observed during FENT Study 08133 |
| 34. | Report from the Mylan Clinical Study identified as FENT Study 09108 |
| 35. | Data compilations of the drug concentrations observed during FENT Study 09108 |
| 36. | Graphs/Charts plotting drug concentrations observed during FENT Study 09108 |
| 37. | Report from the Mylan Clinical Study identified as FENT Study 0155 |
| 38. | Data compilations of the drug concentrations observed during FENT Study 0155 |
| 39. | Graphs/Charts plotting drug concentrations observed during FENT Study 0155 |
| 40. | Report from the Mylan Clinical Study identified as FENT Study 0406 |
| 41. | Data compilations of the drug concentrations observed during FENT Study 0406 |
| 42. | Graphs/Charts plotting drug concentrations observed during FENT Study 0406 |
| 43. | Report from the Mylan Clinical Study identified as FENT Study 1076 |
| 44. | Data compilations of the drug concentrations observed during FENT Study 1076 |
| 45. | Graphs/Charts plotting drug concentrations observed during FENT Study 1076 |
| 46. | Report from the Mylan Clinical Study identified as FENT Study 10114 |
| 47. | Data compilations of the drug concentrations observed during FENT Study 10114 |
| 48. | Graphs/Charts plotting drug concentrations observed during FENT Study 10114 |
| 49. | Report from the Mylan Clinical Study identified as FENT Study 10113 |
| 50. | Data compilations of the drug concentrations observed during FENT Study 10113 |
| 51. | Graphs/Charts plotting drug concentrations observed during FENT Study 10113 |
| 52. | Graphs/Charts plotting drug concentrations observed during Fentanyl Combined Studies involving the 25 mcg/hr Mylan Fentanyl Transdermal System® |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 53. | Graphs/Charts plotting drug concentrations observed during Fentanyl Combined Studies involving the 100 mcg/hr Mylan Fentanyl Transdermal System® |
| 54. | Abbreviated New Drug Application for the Mylan Fentanyl Transdermal System® |
| 55. | January 28, 2005 letter from the FDA approving the Mylan Fentanyl Transdermal System® as a safe and effective drug product |
| 56. | Sub-Exhibit 56-1: Demonstrative aid illustrating the dissolving of fentanyl "crystals" and the subsequent absorption of molecules through the skin |
| | Sub-Exhibit 56-2: Demonstrative aid illustrating the barrier properties of the skin which ensures consistent delivery of fentanyl from the MFTS |
| | Sub-Exhibit 56-3: Demonstrative aid illustrating the diffusion of molecules through the skin from a MFTS |
| 57. | Exemplar Mylan Fentanyl Transdermal Systems® |
| 58. | Sub-Exhibit 58-1: Demonstrative aid representing a MFTS box, pouch, and layers |
| | Sub-Exhibit 58-2: Demonstrative aid highlighting FDA's determination that the MFTS is "safe and effective" |
| | Sub-Exhibit 58-3: Demonstrative aid depicting the monolithic matrix design utilized in the MFTS |
| | Sub-Exhibit 58-4: Demonstrative aid depicting the components of the monolithic matrix design utilized in the MFTS |
| | Sub-Exhibit 58-5: Photograph of 100 mcg/hr MFTS |
| | Sub-Exhibit 58-6: Demonstrative aid highlighting the safety advantages of the matrix design |
| 59. | Sub-Exhibit 59-1: Demonstrative aid reflecting the pH scale of commonly-found substances, including human blood |
| | Sub-Exhibit 59-2: Demonstrative aid demonstrating that fentanyl resists dissolving in "alive" blood |
| | Sub-Exhibit 59-3: Demonstrative aid demonstrating that, at death, pH drops and blood solubility increases |
| | Sub-Exhibit 59-4: Demonstrative aid introducing concepts of postmortem redistribution as influenced by changes in the solubility level of blood |
| | Sub-Exhibit 59-5: Demonstrative aid introducing concepts of postmortem redistribution as influenced by changes in the solubility level of "live" blood |
| | Sub-Exhibit 59-6: Demonstrative aid highlighting Baselt conclusion that fentanyl undergoes postmortem redistribution |
| | Sub-Exhibit 59-7: Demonstrative aid outlining "lipophilic" properties of fentanyl in reference to Baselt's text |
| | Sub-Exhibit 59-8: Demonstrative aid reflecting the effect of pH changes in blood on fentanyl concentrations in reference to the Olson (2010) paper |
| 60. | Chart identifying the medications used by Carol Ann Manous (based on date prescribed) |
| | Sub-Exhibit 60-1: Chart identifying the medications used by Carol Ann Manous (no date reference) |
| 61. | The full prescribing information for the Mylan Fentanyl Transdermal System® (FTS:R17) |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 62. | The Medication Guide for the Mylan Fentanyl Transdermal System® (FTS:R17) |
| 63. | Sub-Exhibit 63-1: Photograph of the Duragesic® (reservoir) |
| | Sub-Exhibit 63-2: Demonstrative aid depicting the layers of a reservoir patch design |
| | Sub-Exhibit 63-3: Demonstrative aid highlighting the characteristics of a reservoir patch design |
| 64. | Sub-Exhibit 64-1: Demonstrative aid representing a MFTS box, pouch, and layers |
| | Sub-Exhibit 64-2: Demonstrative aid depicting the monolithic matrix design utilized in the MFTS |
| | Sub-Exhibit 64-3: Demonstrative aid depicting a "cutaway" of a simple monolithic matrix patch |
| | Sub-Exhibit 64-4: Demonstrative aid depicting the components of the monolithic matrix design utilized in the MFTS |
| | Sub-Exhibit 64-5: Photograph of 100 mcg/hr MFTS |
| | Sub-Exhibit 64-6: Demonstrative aid illustrating the dissolving of fentanyl "crystals" and the subsequent absorption of molecules through the skin |
| | Sub-Exhibit 64-7: Demonstrative aid illustrating the diffusion of molecules through the skin from a MFTS |
| 65. | Sub-Exhibit 65-1: Photograph of 100 mcg/hr MFTS |
| | Sub-Exhibit 65-2: Demonstrative aid depicting the monolithic matrix design utilized in the MFTS |
| | Sub-Exhibit 65-3: Demonstrative aid depicting the layers of the monolithic matrix design utilized in the MFTS |
| 66. | Sub-Exhibit 66-1: Photograph of the Duragesic® (reservoir) |
| | Sub-Exhibit 66-2: Demonstrative aid depicting the layers of a reservoir patch design |
| | Sub-Exhibit 66-3: Photograph of 100 mcg/hr MFTS |
| | Sub-Exhibit 66-4: Demonstrative aid explaining the layers of a monolithic matrix design and the functions of the adhesive layer |
| | Sub-Exhibit 66-5: Graph plotting fentanyl plasma concentrations in living subjects over 144-hours during use of the Mylan Fentanyl Transdermal System® |
| | Sub-Exhibit 66-6: Graph plotting fentanyl plasma concentrations in living subjects over 144-hours during use of the Duragesic® (reservoir) |
| | Sub-Exhibit 66-7: Graph co-plotting fentanyl plasma concentrations in living subjects over 144-hours during use of the Mylan Fentanyl Transdermal System® and the Duragesic® (reservoir) demonstrating bioequivalence despite different designs |
| | Sub-Exhibit 66-8: Table comparing characteristics of the reservoir and matrix designs |
| | Sub-Exhibit 66-9: Demonstrative aid highlighting the safety advantages of the matrix design |
| | Sub-Exhibit 66-10: Bar graph depicting FDA approved and marketed transdermal products by release technology employed |
| | Sub-Exhibit 66-11: Pie charts depicting the number of approved or pending drugs by release technology employed, demonstrating that the matrix design is preferred |
| | Sub-Exhibit 66-12: Photograph of Duragesic® (matrix) design, demonstrating that the branded manufacturer has now switched to a matrix design |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 67. | Sub-Exhibit 67-1: Bar graph depicting FDA approved and marketed transdermal products by release technology employed |
| | Sub-Exhibit 67-2: Pie charts depicting the number of approved or pending drugs by release technology employed, demonstrating that the matrix design is preferred |
| | Sub-Exhibit 67-3: Photograph of Duragesic® (matrix design), demonstrating that the branded manufacturer has now switched to a matrix design |
| 68. | Chart listing medications used by Carol Ann Manous by class/properties |
| 69. | Demonstrative representation of the FDA-approved labeling for the Mylan Fentanyl Transdermal System® illustrating the number of warnings given regarding the risk of fatal, deadly or life-threatening consequences associated with the failure to carefully use this medication |
| 70. | Anderson, D.T., and Muto, Joseph J., Duragesic® Transdermal Patch: Postmortem Tissue Distribution of Fentanyl in 25 Cases |
| | Sub-Exhibit 70-1: Demonstrative aid excerpting Anderson study's analysis of postmortem redistribution |
| | Sub-Exhibit 70-2: Demonstrative aid excerpting analysis of Cases 11 and 16 from the Anderson study |
| | Sub-Exhibit 70-3: Demonstrative aid reflecting data stemming from Cases 11 and 16 from the Anderson study |
| | Sub-Exhibit 70-4: Demonstrative aid reflecting the dangers of polypharmacy highlighted in the Anderson study |
| 71. | Calis, K.A., Transdermally Administered Fentanyl for Pain Management |
| 72. | Cartwright, P., Ventilatory Depression Related to Plasma Fentanyl Concentrations During and After Anesthesia in Humans |
| 73. | Cole, J.M., Variability of Transdermal Fentanyl Metabolism and Excretion in Pain Patients |
| 74. | Cook, D.S., Estimating Antemortem drug concentrations from postmortem blood samples: the influence of postmortem redistribution |
| 75. | Skopp, G., Artifacts Are an Inherent Part of Postmortem Toxicology |
| 76. | Edinboro, L.E., Fatal Fentanyl Intoxication Following Excessive Transdermal Application |
| 77. | Fiset, P., Biopharmaceutics of a New Transdermal Fentanyl Device |
| 78. | Gourlay, G.K., Fentanyl Blood Concentration-Analgesic Response Relationship in Treatment of Postoperative pain |
| 79. | Isenschmid, D.S., A Rapid Increase in Fentanyl-Related Deaths in Detroit – A Twelve Month Review |
| 80. | Jones, G.R., Interpretation of Postmortem Drug Levels |
| 81. | Larsen, R.H., Dermal Penetration of Fentanyl: Inter and Intraindividual Variations |
| 82. | Lilleng, P.K., Deaths After Intravenous Misuse of Transdermal Fentanyl |
| 83. | Luckenbill, K., Fentanyl Postmortem Redistribution: Preliminary Findings regarding the Relationship Among Femoral Blood and Liver and Heart Tissue Concentrations |
| 84. | Martin, T.L., Fentanyl Related Deaths in Ontario, Canada: Toxicological Findings and Circumstances of Death in 112 Cases (2002-2004) |
| 85. | Menahem, S., High-dose fentanyl patch for cancer pain |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 86. | Noonan, P.J., Pharmacokinetics and the Variability of Percutaneous Absorption |
| 87. | Pounder, D.J., Post-Mortem Drug Redistribution – A Toxicological Nightmare |
| 88. | Prouty, R.W., The Forensic Science Implications of Site and Temporal Influences on Postmortem Blood-Drug Concentrations |
| 89. | Roy, S.D., Solubility and Related Physicochemical Properties of Narcotic Analgesics |
| 90. | Roy, S.D., Solubility Behavior of Narcotic Analgesics in Aqueous Media: Solubilities and Dissociation Constants of Morphine, Fentanyl and Sufentanil |
| 91. | Roy, S.D., Transdermal Delivery of Narcotic Analgesics: Comparative Permeabilities of Narcotic Analgesics Through Human Cadaver Skin |
| 92. | Roy, S.D., Transdermal Delivery of Narcotic Analgesics: pH, Anatomical, and Subject Influences on Cutaneous Permeability of Fentanyl and Sufentanil |
| 93. | Schmidt, C., Investigation of the Postmortem Redistribution of Opiates |
| 94. | Shepherd, M.F., Postmortem Changes and Pharmacokinetics: Review of the Literature and Case Report |
| 95. | Rodda, K.E., The Redistribution of Selected Psychiatric Drugs in Post-Mortem Cases |
| 96. | Thompson, J.G., Fentanyl Concentrations in 23 Postmortem Cases from the Hennepin County Medical Examiner's office |
| 97. | Woodall, Karen L., et al., Oral Abuse of Fentanyl Patches (Duragesic): Seven Case Reports |
|  | Sub-Exhibit 97-1: Demonstrative aid excerpting the Woodall study's analysis of Case 5 |
|  | Sub-Exhibit 97-2: Demonstrative aid highlighting dangers of polypharmacy as reflected in the Woodall study |
| 98. | Barnhart, F.E., Bonnell, H.J., Rossum, K.M., Postmortem drug redistribution. Forensic Sci. Rev. 201; 13:101-129 |
| 99. | Bleeker, C.P., Bremer, R.C., Dongelmans, D.A., et al., Inefficacy of high-dose transdermal fentanyl in a patient with neuropathic pain, a case report. Eur. J. Pain. 2001; 5:323-329 |
| 100. | Palmer, R.B., Fentanyl in postmortem forensic toxicology. Clin. Toxicol., 2010:771-784 |
| 101. | Ceelen, L., Postmortem Redistribution of Fentanyl in the Rabbit Blood, Am. J. Forensic Med. Pathol., 2010 |
| 102. | Dalpe-Scott, et al., A comparison of drug concentrations in postmortem cardiac and peripheral blood in 320 cases. Can. Soc. Forensic Sci. J. 1995; 28:113-121 |
| 103. | Drummer, O.H., Post-mortem toxicology, Forensic Sci. Int. 2007; 165:199-203 |
| 104. | FDA Publication - Fentanyl Transdermal System (marketed as Duragesic®). Patient Information Sheet. 2005; 1-3 |
| 105. | FDA Publication - Fentanyl Transdermal Patch (marketed as Duragesic). FDA Alert for Healthcare Professionals, July 2005 |
| 106. | FDA Publication - FDA Issues Public Health Advisory on the Fentanyl Patch.  FDA Statement, July 2005 |
|  | Sub-Exhibit 106-1: FDA Publication – FDA News Release regarding Public Health Advisory.  FDA News Release, July 2005 |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 107. | FDA Publication - Information for Healthcare Professionals Fentanyl Transdermal System (marketed as Duragesic and generics). FDA Alert, December 2007 |
| 108. | FDA Publication - Important Information for the Safe Use of Fentanyl Transdermal System (Patch). FDA Public Health Advisory, December 2007 |
| 109. | FDA Publication - FDA issues second safety warning on fentanyl skin patch: Deaths and serious injuries from improper use. FDA News Release, December 2007 |
| 110. | Gourlay, G.K., Kowaski, S.R., Plummer, J.L., et al., The transdermal administration of fentanyl in the treatment of postoperative pain: pharmacokinetics and pharmacodynamic effects. Pain. 1989; 37:193-202 |
| 111. | Gourlay, G.K., Kowalski, S.R., Plummer, J.L., et al., The efficacy of transdermal fentanyl in the treatment of postoperative pain: a double-blind comparison of fentanyl and placebo systems. Pain. 1990; 40:21-28 |
| 112. | Gourlay, G.K., Kowaslki, S.R., Plummer, J.L., et al., Fentanyl blood concentration-analgesic response relationship in the treatment of postoperative pain. Anesth. Anag. 1998; 67:329-337 |
| 113. | Janssen Pharmaceutica Products L. Duragesic (Fentanyl Transdermal System): Full Prescribing Information. Janssen Pharmaceutica Products, LP, Titusville, NJ (Revised April 2007) |
| 114. | Janssen Pharmaceutica Products L. Dear Healthcare Professional (Letter): Important Drug Warning. Janssen Pharmaceutica Products, LP, Titusville, NJ, June 2005 |
| 115. | Janssen Pharmaceutica Products L. Fentanyl Transdermal System: Full prescribing information and patient information |
| 116. | Jeal, W., Benfield, P., Transdermal fentanyl. A review of its pharmacological properties and therapeutic efficacy in pain control, Drugs, 1997; 53:109-138 |
| 117. | Karch, S.B., Is post-mortem toxicology quackery? J. Clin. Forensic Med. 2003; 10:197-198 |
| 118. | Karch, S.B., Fentanyl. In: Karch, SB, ed. Karch's Pathology of Drug Abuse, 4th Ed., Boca Raton, FL. CRC Press 2009; 444-455 |
| 119. | Kuhlman, Jr., J.J., McCaulley, R., Valouch, T.J., et al., Fentanyl use, misuse, and abuse: a summary of 23 postmortem cases.  J. Anal. Toxicol. 2003; 27:499-504 |
|  | Sub-Exhibit 119-1: Demonstrative aid highlighting the dangers of polypharmacy as reflected in the Kuhlman study |
| 120. | Langford, A.M., Pounder, D.J., Possible markers for postmortem drug redistribution, J. Forensic Sci. 1997; 42:88-92 |
| 121. | Martin, T.L., Woodall, K.L., McLellan, B.A., Fentanyl-related deaths in Ontario, Canada: toxicological findings and circumstances of death in 112 cases (2002-2004), J. Anal. Toxicol. 2006; 30:603-610 |
|  | Sub-Exhibit 121-1: Demonstrative aid highlighting the dangers of polypharmacy as reflected in the Martin study |
| 122. | Maves, T.J., Barcellos, W.A., Management of cancer pain with transdermal fentanyl: phase IV trial, University of Iowa. J. Pain Symptom Manage. 1992; 7:S58-62 |
| 123. | Miguel, R., Kreitzer, J.M., Reinhart, D., et al., Postoperative pain control with a new transdermal fentanyl delivery system. A multicenter trial. Anesthesiology, 1995; 83:470-477 |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 124. | Mozayani, M., Danielson, T., Sanchez, L.A., Interpretation of fentanyl in postmortem cases (abstract #K9), American Academy of Forensic Sciences (AAFS), 2008; Annual Meeting, Washington, DC |
| 125. | Olson, K.N., Luckenbill, K., Thompson, J., et al., Postmortem redistribution of fentanyl in blood, Am. J. Clin. Pathol. 2010; 133:447-453 |
| 126. | Andresen, Hilke, et al., Fentanyl: Toxic or Therapeutic? Postmortem and Antemortem Blood Concentrations After Transdermal Fentanyl Application, Journal of Analytical Toxicology, 2012; 36:182-94 |
| 127. | Oliveira, Gabriela, et al., Toxicological implications of the delivery of fentanyl from gel extracted from a commercial transdermal reservoir patch, Toxicology in Vitro, June 2012; 26:645-48 |
| 128. | Gill, James, R., et al., Reliability of Postmortem Fentanyl Concentrations in Determining the Cause of Death, Journal of Medical Toxicology, 2013; 9:34-41 |
| 129. | FDA Establishment Inspection Report - 2002 |
| 130. | FDA Establishment Inspection Report - 2005 |
| 131. | FDA Establishment Inspection Report - 2008 |
| 132. | Exemplar carton and pouch for the Mylan Fentanyl Transdermal System® |
| 133. | PowerPoint Slides depicting the manufacturing process employed at Mylan Technologies Inc. in the production of the Mylan Fentanyl Transdermal System® |
| 134. | The Mylan Formulation Development Report for the Mylan Fentanyl Transdermal System® |
| 135. | Documents recording Mylan communications with the FDA on February 12, 2008 concerning Mylan's ability to supply the entire fentanyl market |
| 136. | The Condensed Development Report for the Mylan Fentanyl Transdermal System® |
| 137. | NDA 19-813 Summary Basis of Approval of Duragesic® |
| 138. | Diagrams and pictorials depicting a cross-section of human skin |
| 139. | Diagrams and pictorials depicting the stratum corneum |
| 140. | Baselt Monograph for Fentanyl |
| 141. | Baselt Monograph for Oxycodone |
| 142. | FDA Full Prescribing Information for Oxycodone |
| 143. | Baselt Monograph for Klonopin |
| 144. | FDA Full Prescribing Information for Klonopin |
| 145. | Baselt Monograph for Neurontin |
| 146. | FDA-approved Full Prescribing Information for Neurontin |
| 147. | Baselt Monograph for Tizanidine |
| 148. | FDA-approved Full Prescribing Information for Tizanidine |
| 149. | Baselt Monograph for Lexapro |
| 150. | FDA-approved Full Prescribing Information for Lexapro |
| 151. | Baselt Monograph for Nuvigil |
| 152. | FDA-approved Full Prescribing Information for Nuvigil |
| 153. | Baselt Monograph for Travatan |
| 154. | FDA-approved Full Prescribing Information for Travatan |
| 155. | Baselt Monograph for Timolol |
| 156. | FDA-approved Full Prescribing Information for Timolol |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 157. | Compiled Data from In Vitro Flux Studies |
| 158. | Sub-Exhibit 158-1: 2010 Calendar |
| | Sub-Exhibit 158-2: 2009 Calendar |
| 159. | Sub-Exhibit 159-1: Centers for Disease Control and Prevention Weekly Report (November 4, 2011), "Vital Signs: Overdoses of Prescription Opioid Pain Relievers – United States, 1999-2008" |
| | Sub-Exhibit 159-2: Morbidity and Mortality Weekly Report (November 1, 2011), "Vital Signs: Overdoses of Prescription Opioid Pain Relievers – United States, 1999-2008" |
| 160. | Prodduturi, S., et al., Transdermal delivery of fentanyl from matrix and reservoir systems: Effect of heat and compromised skin |
| 161. | Sub-Exhibit 161-1: Background of New Mexico Study re: Postmortem Redistribution of Fentanyl by Krinsky, C., et al. |
| | Sub-Exhibit 161-2: Description of Samples from New Mexico Study |
| | Sub-Exhibit 161-3: Fentanyl Concentration Chart from New Mexico Study |
| | Sub-Exhibit 161-4: Evidence of Postmortem Redistribution from New Mexico Study |
| | Sub-Exhibit 161-5: Analysis of Evidence of Postmortem Redistribution from New Mexico Study |
| | Sub-Exhibit 161-6: Conclusions from New Mexico Study |
| 162. | Krinsky, Clarissa S., Lathrop, Sarah L., Crossey, Michael, Baker, Ginger, and Zumwalt, Ross, "A Toxicology-Based Review of Fentanyl-Related Deaths in New Mexico (1986-2007)" |
| 163. | Expert Report of Robert Palmer, Ph.D. |
| 164. | Curriculum Vitae of Robert Palmer, Ph.D. |
| 165. | Expert Report of Gordon Flynn, Ph.D. |
| 166. | Curriculum Vitae of Gordon Flynn, Ph.D. |
| 167. | Expert Report of Mark Wallace, M.D. |
| 168. | Curriculum Vitae of Mark Wallace, M.D. |
| 169. | Expert Report of Thomas Wheeler, M.D. |
| 170. | Curriculum Vitae of Thomas Wheeler, M.D. |
| 171. | Transcript of the Deposition of Byron Curtis, Ph.D., taken 12/12/12 |
| 172. | Correction Sheet to the Transcript of the Deposition of Byron Curtis, Ph.D., taken 12/12/12 |
| 173. | Exhibit 8 to the Deposition of Byron Curtis, Ph.D., taken 12/12/12 (Interrogatories) |
| 174. | Exhibit 9 to the Deposition of Byron Curtis, Ph.D., taken 12/12/12 (Toxicology File) |
| 175. | Transcript of the Deposition of Marius Tarau, M.D., taken 12/11/12 |
| 176. | Exhibit 2 to the Deposition of Marius Tarau, M.D., taken 12/11/12 (Report of Investigation by Medical Examiner) |
| 177. | Exhibit 3 to the Deposition of Marius Tarau, M.D., taken 12/11/12 (Andresen Paper) |
| 178. | Exhibit 4 to the Deposition of Marius Tarau, M.D., taken 12/11/12 (Newcastle Police Incident Report) |
| 179. | Exhibit 5 to the Deposition of Marius Tarau, M.D., taken 12/11/12 (Winecker Tables) |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 180. | Exhibit 6 to the Deposition of Marius Tarau, M.D., taken 12/11/12 (File Materials) |
| 181. | *** RESERVED FOR IDENTIFICATION OF ADDITIONAL DEPOSITION TRANSCRIPTS AND/OR EXHIBITS *** |
| 182. | *** RESERVED FOR IDENTIFICATION OF ADDITIONAL DEPOSITION TRANSCRIPTS AND/OR EXHIBITS *** |
| 183. | *** RESERVED FOR IDENTIFICATION OF ADDITIONAL DEPOSITION TRANSCRIPTS AND/OR EXHIBITS *** |
| 184. | *** RESERVED FOR IDENTIFICATION OF ADDITIONAL DEPOSITION TRANSCRIPTS AND/OR EXHIBITS *** |
| 185. | *** RESERVED FOR IDENTIFICATION OF ADDITIONAL DEPOSITION TRANSCRIPTS AND/OR EXHIBITS *** |
| 186. | *** RESERVED FOR IDENTIFICATION OF ADDITIONAL DEPOSITION TRANSCRIPTS AND/OR EXHIBITS *** |
| 187. | *** RESERVED FOR IDENTIFICATION OF ADDITIONAL DEPOSITION TRANSCRIPTS AND/OR EXHIBITS *** |
| 188. | *** RESERVED FOR IDENTIFICATION OF ADDITIONAL DEPOSITION TRANSCRIPTS AND/OR EXHIBITS *** |
| 189. | *** RESERVED FOR IDENTIFICATION OF ADDITIONAL DEPOSITION TRANSCRIPTS AND/OR EXHIBITS *** |
| 190. | *** RESERVED FOR IDENTIFICATION OF ADDITIONAL DEPOSITION TRANSCRIPTS AND/OR EXHIBITS *** |
| 191. | *** RESERVED FOR IDENTIFICATION OF ADDITIONAL DEPOSITION TRANSCRIPTS AND/OR EXHIBITS *** |
| 192. | *** RESERVED FOR IDENTIFICATION OF ADDITIONAL DEPOSITION TRANSCRIPTS AND/OR EXHIBITS *** |
| 193. | *** RESERVED FOR IDENTIFICATION OF ADDITIONAL DEPOSITION TRANSCRIPTS AND/OR EXHIBITS *** |
| 194. | *** RESERVED FOR IDENTIFICATION OF ADDITIONAL DEPOSITION TRANSCRIPTS AND/OR EXHIBITS *** |
| 195. | *** RESERVED FOR IDENTIFICATION OF ADDITIONAL DEPOSITION TRANSCRIPTS AND/OR EXHIBITS *** |
| 196. | *** RESERVED FOR IDENTIFICATION OF ADDITIONAL DEPOSITION TRANSCRIPTS AND/OR EXHIBITS *** |
| 197. | *** RESERVED FOR IDENTIFICATION OF ADDITIONAL DEPOSITION TRANSCRIPTS AND/OR EXHIBITS *** |
| 198. | *** RESERVED FOR IDENTIFICATION OF ADDITIONAL DEPOSITION TRANSCRIPTS AND/OR EXHIBITS *** |
| 199. | *** RESERVED FOR IDENTIFICATION OF ADDITIONAL DEPOSITION TRANSCRIPTS AND/OR EXHIBITS *** |
| 200. | *** RESERVED FOR IDENTIFICATION OF ADDITIONAL DEPOSITION TRANSCRIPTS AND/OR EXHIBITS *** |
| 201. | Records received via HIPAA Authorization from Jeanette Padgett, M.D. |
| 202. | Records received via HIPAA Authorization from Diagnostic Laboratory of Oklahoma |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 203. | Records received via HIPAA Authorization from LakePoint Imaging Center & Open MRI and/or Chris Degner, M.D. |
| 204. | Records received via HIPAA Authorization from Ocular Physicians Associates, PLLC and/or John P. Belardo, M.D. |
| 205. | Records received via HIPAA Authorization from Surgery Center of Oklahoma and/or Russell Hanan, Jr., M.D. |
| 206. | Records received via HIPAA Authorization from Oklahoma PainCare Inc. and/or Michael Schwartz, M.D. |
| 207. | Records received via HIPAA Authorization from MS Center of Oklahoma and/or Gabriel Pardo, M.D. |
| 208. | Records received via HIPAA Authorization from Women's HealthCare of Norman and/or Daphne Lashbrook, M.D. |
| 209. | Records received via HIPAA Authorization from Vitacare Home Medical Equipment |
| 210. | Records received via HIPAA Authorization from Norman Regional Health System |
| 211. | Records received via HIPAA Authorization from Norman Clinic, Inc. and/or Farhat Husain, M.D. |
| 212. | Records received via HIPAA Authorization from Blanchard Family Medicine and/or Mark Winchester, M.D. and/or Ryan Turner, M.D. |
| 213. | Records received via HIPAA Authorization from Wal-Mart |
| 214. | Records received via HIPAA Authorization from Walgreen's |
| 215. | Records received via HIPAA Authorization from CVS |
| 216. | Records received via HIPAA Authorization from the Office of the Chief Medical Examiner of Oklahoma regarding Case No. 1000968 (Report of Investigation by Medical Examiner, et al.) |
| 217. | Photograph received via HIPAA Authorization from the Office of the Chief Medical Examiner of Oklahoma (No. 1 of 10) |
| 218. | Photograph received via HIPAA Authorization from the Office of the Chief Medical Examiner of Oklahoma (No. 2 of 10) |
| 219. | Photograph received via HIPAA Authorization from the Office of the Chief Medical Examiner of Oklahoma (No. 3 of 10) |
| 220. | Photograph received via HIPAA Authorization from the Office of the Chief Medical Examiner of Oklahoma (No. 4 of 10) |
| 221. | Photograph received via HIPAA Authorization from the Office of the Chief Medical Examiner of Oklahoma (No. 5 of 10) |
| 222. | Photograph received via HIPAA Authorization from the Office of the Chief Medical Examiner of Oklahoma (No. 6 of 10) |
| 223. | Photograph received via HIPAA Authorization from the Office of the Chief Medical Examiner of Oklahoma (No. 7 of 10) |
| 224. | Photograph received via HIPAA Authorization from the Office of the Chief Medical Examiner of Oklahoma (No. 8 of 10) |
| 225. | Photograph received via HIPAA Authorization from the Office of the Chief Medical Examiner of Oklahoma (No. 9 of 10) |
| 226. | Photograph received via HIPAA Authorization from the Office of the Chief Medical Examiner of Oklahoma (No. 10 of 10) |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 227. | Records received via HIPAA Authorization from the Board of Medicolegal Investigations of the Office of the Chief Medical Examiner of Oklahoma regarding Laboratory No. 10-0906 (Report of Laboratory Analysis, Litigation Packet, et al.) |
| 228. | Records received via HIPAA Authorization from Newcastle Police Department |
| 229. | Records received via HIPAA Authorization from Newcastle Fire Department |
| 230. | Plaintiff's Responses to Defendant's First Request for Production of Documents Directed to Plaintiff |
| 231. | Documents Produced by Plaintiff in Response to Defendant's First Request for Production of Documents Directed to Plaintiff |
| 232. | Plaintiff's Responses to Defendant's First Set of Interrogatories Directed to Plaintiff |
| 233. | Plaintiff's Rule 26(a)(1) Initial Disclosures |
| 234. | Certificate of Death received via Plaintiff's Rule 26(a)(1) Initial Disclosures |
| 235. | Photographs of Box received via Plaintiff's Rule 26(a)(1) Initial Disclosures |
| 236. | Report of Investigation by Medical Examiner received via Plaintiff's Rule 26(a)(1) Initial Disclosures |
| 237. | Walgreen's Records received via Plaintiff's Rule 26(a)(1) Initial Disclosures |
| 238. | Letters of Administration received via Plaintiff's Rule 26(a)(1) Initial Disclosures |
| 239. | Blanchard Family Medicine Records received via Plaintiff's Rule 26(a)(1) Initial Disclosures |
| 240. | Oklahoma PainCare Inc. Records received via Plaintiff's Rule 26(a)(1) Initial Disclosures |
| 241. | MS Center of Oklahoma Records received via Plaintiff's Rule 26(a)(1) Initial Disclosures |
| 242. | FTS:R17 Labeling received via Plaintiff's Rule 26(a)(1) Initial Disclosures |
| 243. | Eisenhower Funeral Home Records received via Plaintiff's Rule 26(a)(1) Initial Disclosures |
| 244. | Wal-Mart Records received via Plaintiff's Rule 26(a)(1) Initial Disclosures |
| 245. | Batch Records, FTS Lot 6A0045 |
| 246. | Paulozzi, L., et al., A History of Being Prescribed Controlled Substances and Risk of Drug Overdose Death, Pain Med., Jan. 2012; 13:87-95 |
| 247. | Bohnert, A., et al., Association Between Opioid Prescribing Patterns and Opioid Overdose Related Deaths, JAMA, April 6, 2011; 305:1315-1321 |
| 248. | Manchikanti, L., et al., Opioid Epidemic in United States, Pain Physician, July 2012; 15(3 Supp.):ES9-38 |
| 249. | Medical and scientific literature detailing the risks of polypharmacy |
| 250. | Janssen/Duragesic Recall Notice regarding reservoir fentanyl patches (February 2004) |
| 251. | Janssen/Duragesic Recall Notice regarding reservoir fentanyl patches (April 2004) |
| 252. | Pricara/Duragesic/Sandoz Recall Notice regarding reservoir fentanyl patches (February 2008) |
| 253. | Actavis Recall Notice regarding reservoir fentanyl patches (February 2008) |
| 254. | Actavis Recall Notice regarding reservoir fentanyl patches (March 2008) |
| 255. | Watson Recall Notice regarding reservoir fentanyl patches (March 2008) |
| 256. | Watson Recall Notice regarding reservoir fentanyl patches (August 2008) |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 257. | PriCara Recall Notice regarding reservoir fentanyl patches (December 2008) |
| 258. | Watson Recall Notice regarding reservoir fentanyl patches (August 2009) |
| 259. | Flynn, G., Citizen Petition, FDA Docket 2005P-0441 (October 13, 2005) |
| 260. | FDA Publication – Consolidated Response to Citizen Petitions, FDA Docket 2004P-0506/CP1, et al. (January 28, 2005) |
| 261-499. | *** RESERVED *** |

In addition to the above-listed exhibits, Mylan provides the following list of "conditional" exhibits.  This conditional list of exhibits is prepared based on Plaintiff's disclosure of trial exhibits, and may change based on additional documents, if any, offered by Plaintiff, or based upon the Court's rulings on anticipated motions in limine:

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 500. | Analysis of Adverse Events Reported with Mylan's Fentanyl Transdermal System, by Greg Burkhart, M.D., M.S., External Epidemiological Consultant (July 27, 2005) |
| 501. | MFTS PSUR #1: January 28, 2005 – April 30, 2005 |
| 502. | MFTS PSUR #2: May 1, 2005 – July 31, 2005 |
| 503. | MFTS PSUR #3: August 1, 2005 – October 31, 2005 |
| 504. | MFTS PSUR #4: November 1, 2005 – January 31, 2006 |
| 505. | MFTS PSUR #5: February 1, 2006 – April 30, 2006 |
| 506. | MFTS PSUR #6: May 1, 2006 – July 31, 2006 |
| 507. | MFTS PSUR #7: August 1, 2006 – October 31, 2006 |
| 508. | MFTS PSUR #8: November 1, 2006 – January 31, 2007 |
| 509. | MFTS PSUR #9: February 1, 2007 – April 31, 2007 |
| 510. | MFTS PSUR #10: May 1, 2007 – July 31, 2007 |
| 511. | MFTS PSUR #11: August 1, 2007 – October 31, 2007 |
| 512. | MFTS PSUR #12: November 1, 2007 – January 31, 2008 |
| 513. | MFTS PSUR #13: February 1, 2008 – January 31, 2009 |
| 514. | MFTS PSUR #14: February 1, 2009 – January 31, 2010 |
| 515. | The complete Adverse Event Files for any specific AE Report/MedWatch Report Plaintiff seeks to introduce |
| 516. | Sub-Exhibit 516-1: FDA Reported Fatal Adverse Events Involving Transdermal Fentanyl by Market Share |
|  | Sub-Exhibit 516-2: Fentanyl Related Deaths as Reported to FDA |
| 517. | Charts/graphs depicting the numbers of fatal adverse event reports received by the FDA with respect to other narcotics |
| 518. | Charts/graphs providing the comparative analysis of fatal Adverse Event reports for other pharmaceutical products, including Tylenol, Aspirin, and Penicillin |

**RESERVATIONS**

In addition to the foregoing, Mylan reserves the right to use as an exhibit: (1) any document, item or tangible thing produced during the course of discovery; (2) any document, item or tangible thing identified on Plaintiff's exhibit list; (3) any of Decedent's medical, pharmacy, or employment records; and (4) any document, item, or tangible thing necessary to rebut or impeach any evidence or testimony offered by Plaintiff.  Mylan reserves the right to supplement this Exhibit List any time up to and including the time of trial.

Dated:  March 29, 2013                     Respectfully submitted,

                                           s/ Jason M. Reefer                   
HALL, ESTILL, HARDWICK, GABLE,
GOLDEN & NELSON, P.C.
Jon Epstein, OBA # 13274
Chase Tower
100 North Broadway, Ste. 2900
Oklahoma City, OK 73102-8865
(405) 553-2828; (405) 553-2855 (F)

                and

PIETRAGALLO, GORDON, ALFANO
BOSICK & RASPANTI, LLP
Clem C. Trischler, Esq.
Jason M. Reefer, Esq.
The Thirty-Eighth Floor
One Oxford Centre
Pittsburgh, PA 15219
(412) 263-2000; (412) 261-5295 (F)
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Defendant's Exhibit List**
was electronically transmitted to the Clerk of Court using the ECF System for filing on March
29, 2013.  Based on the records currently on file, the Clerk of Court will transmit a Notice of
Electronic Filing to the following ECF registrant:

> L. Mark Bonner, OBA #14541
> NORMAN & EDEM, PLLC
> 127 N.W. 10th St.
> Oklahoma City, OK 73103
> lmb@nemw.com
> *Attorney for Plaintiff*

By      s/ Jason M. Reefer
          Jason M. Reefer