## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OKLAHOMA

| | | |
|---|---|---|
| CHARLES LEON MANOUS, Surviving Spouse and Personal Representative of the Estate of CAROL ANN MANOUS, deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIV-11-1330-R |
| MYLAN PHARMACEUTICALS INC., | ) ) | |
| Defendant. | ) | |

## **ORDER**

The Court will conduct a hearing on this matter pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) on Wednesday August 21, 2013 at 10:00 a.m.

IT IS SO ORDERED this 12th day of August, 2013.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE